# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| **Hildeberto Gonzalez-Chavez,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:15-cv-00060-RLV |
| | ) | 5:11-cr-00022-RLV-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 27, 2015 Order.

May 27, 2015

Frank G. Johns, Clerk
United States District Court